Weyauwego Milling Company, appellee, v. G. W. Cramer, appellant. Gen. No. 23,911.

Action to recover for breach of contract for the purchase of flour. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 15, 1918. Rehearing denied October 25, 1918.

Huttmann, Cloyes & Carr, for appellant. Bassler, Bippus & Rose, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Washington J. Woodworth, appellee, v. Charles R. Bauerdorf, appellant. Gen. No. 23,602.

Intervention in garnishment proceedings by alleged assignee of accounts owed principal defendant by garnishees. Judgment for plaintiff. Appeal by intervener from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 15, 1918.

Culver, Andrews, King & Stitt, for appellant. Edward L. England, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Peter Holleman et al., trading as Holleman & DeWeerd Brothers, appellants, v. W. R. Hanes, appellee. Gen. No. 23,619.

Replevin to recover possession of an automobile alleged to have been purchased by defendant from plaintiffs' agent who disposed of it under circumstances constituting larceny. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 15, 1918. Rehearing denied November 13, 1918.

Louis T. Herman and Charles J. Monahan, for appellants; George F. Ort, of counsel. Carnahan, Elsdon & Slusser, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Edward Abbott Beard, by Henry Beard, appellee, v. Mary R. Prescott et al., appellants. Gen. No. 23,646.

Bill to construe a will. Decree that complainant, who was born after testator's death, was entitled to share in annual net income. Appeal from the Circuit Court of Cook county; the Hon. Frederick A. Smith, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 15, 1918.

Seymour Edgerton and Thomas W. Prindeville, for appellants. Holt, Cutting & Sidley, for appellee.

Mr. Justice Matchett delivered the opinion of the court.